1  ADRIENNE C. PUBLICOVER (State Bar No. 161432)
   SHILPA G. DOSHI (State Bar No. 253024)
2  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
3  525 Market Street, 17th Floor,
   San Francisco, CA 94105-2725
4  Telephone: 415.433.0990
   Facsimile: 415.434.1370
5
   Attorneys for Defendants
6  LIFE INSURANCE COMPANY OF
   NORTH AMERICA; McKESSON SHORT
7  TERM DISABILITY BENEFITS PLAN;
   McKESSON LONG TERM DISABILITY PLAN
8
9  MELVYN D. SILVER (State Bar No. 48674)
   RUTH SILVER TAUBE (State Bar No. 169589)
10 **LAW OFFICES OF SILVER & TAUBE**
   1339 Pauline Drive
11 Sunnyvale, CA  94087
   Telephone:  408-737-2313
12 Facsimile:  408-737-2937

13 Attorneys for Plaintiff
   JOSEPHINE BAKER
14

IT IS SO ORDERED

*James Ware*

Judge James Ware

5/3/2010

15              **UNITED STATES DISTRICT COURT**

16            **NORTHERN DISTRICT OF CALIFORNIA**

17 JOSEPHINE BAKER                          )  Case No.  C10-00853 JW (PVT)
                                            )
18              Plaintiff,                  )  **STIPULATION TO EXTEND TIME TO**
                                            )  **RESPOND TO COMPLAINT**
19      vs.                                 )
                                            )  Action Filed: March 1, 2010
20 McKESSON SHORT TERM DISABILITY           )
   BENEFITS PLAN; McKESSON LONG TERM        )
21 DISABILITY PLAN AKA TRUSTEE OF THE       )
   GROUP INSURANCE TRUST IN THE             )
22 WHOLSALE TRADE INDUSTRY                  )
   PARTICIPATING SUBSCRIBER McKESSON        )
23 CORPORATION; LIFE INSURANCE COMPANY      )
   OF NORTH AMERICA,                        )
24                                          )
              Defendants.                   )
25 _____  )

26
27
28
                                      1
       STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
   USDC Case No.:  C10-00853 JW (PVT)
   538380.1

1    IT IS HEREBY STIPULATED, pursuant to Local Rule 6-1, by and between Plaintiff

2  Josephine Baker ("Plaintiff") and Defendants Life Insurance Company of North America, McKesson

3  Short Term Disability Benefits Plan, and McKesson Long Term Disability Plan (collectively

4  "Defendants"), through their attorneys of record, as follows:

5    1.    Plaintiff has agreed that Defendants may have an extension to and including May 14,

6  2010, to answer or otherwise respond to the Complaint;

7    2.    This stipulated date for Defendants to respond to the Complaint will not alter the date

8  of any event or any deadline already fixed by Court order.

9

10  Dated: April 30, 2010        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

11

12                By: _____/s/ Shilpa G. Doshi_____
                  ADRIENNE C. PUBLICOVER
13                SHILPA G. DOSHI
                  Attorneys for Defendants
14                LIFE INSURANCE COMPANY OF
                  NORTH AMERICA; McKESSON SHORT
15                TERM DISABILITY BENEFITS PLAN;
                  McKESSON LONG TERM DISABILITY PLAN

16

17  Dated: April 30, 2010        LAW OFFICES OF SILVER & TAUBE

18

19                By: _____/s/ Ruth Silver Taube_____
                  MELVYN D. SILVER
20                RUTH SILVER TAUBE
                  Attorneys for Plaintiff
21                JOSEPHINE BAKER

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
USDC Case No.:  C10-00853 JW (PVT)
538380.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

*Josephine Baker v. McKesson STD, McKesson, LTD, et al.*
*United States District Court, Northern District Case No.: C10-00853 JW (PVT)*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105. On this date I served the following document(s):

### STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

☐ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

☑ : **Electronic E-Filing** – I caused the attached document to be electronically transmitted on the Northern District website to the parties named below.

☐ : **E-Mail** – I caused each document to be emailed.

Melvyn D. Silver
Ruth Silver Taube
LAW OFFICES OF SILVER & TAUBE
1339 Pauline Drive
Sunnyvale, CA 94087
T: 408-737-2313
F: 408-737-2937
*Attorney for Plaintiff*
*Josephine Baker*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **April 30, 2010** at San Francisco, California.

_____
Richean Martin

3