1

2

3

4

5

6

7

8

9

10

11

12

13

14



15

16

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

17

JOSEPHINE BAKER

Case No.  C10-00853 JW (PVT)

18

        Plaintiff,

**ORDER VACATING CASE**

19

  vs.

**MANAGEMENT CONFERENCE;**
**SETTING STATUS HEARING RE:**

20

McKESSON SHORT TERM DISABILITY

**SETTLEMENT**

21

BENEFITS PLAN; McKESSON LONG TERM
DISABILITY PLAN AKA TRUSTEE OF THE

22

GROUP INSURANCE TRUST IN THE
WHOLSALE TRADE INDUSTRY

23

PARTICIPATING SUBSCRIBER McKESSON
CORPORATION; LIFE INSURANCE COMPANY

24

OF NORTH AMERICA,

25

        Defendants.

26

27

28

On September 10, 2010, the parties filed a Stipulation requesting a continuance of their Case Management Conference currently set for September 20, 2010 on the ground that they have reached a settlement. (See Docket Item No. 10.) In light of the settlement, the Court vacates all trial and pretrial dates. On or before **October 15, 2010**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a). If a dismissal is not filed by the specified date, all parties shall appear for a Status Conference re: Settlement on **October 25, 2010 at 10 a.m.** The parties shall file a Joint Status Conference Statement on **October 15, 2010** updating the Court on the progress of their settlement.

Dated: September 13, 2010

_____

JAMES WARE

United State District Judge

.