1  ADRIENNE C. PUBLICOVER (State Bar No. 161432)
   SHILPA G. DOSHI (State Bar No. 253024)
2  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
3  525 Market Street, 17th Floor,
   San Francisco, CA 94105-2725
4  Telephone: 415.433.0990
   Facsimile: 415.434.1370
5
   Attorneys for Defendants
6  LIFE INSURANCE COMPANY OF
   NORTH AMERICA; McKESSON CORPORATION
7  SHORT TERM DISABILITY BENEFITS PLAN;
   McKESSON CORPORATION LONG TERM
8  DISABILITY PLAN

9
   MELVYN D. SILVER (State Bar No. 48674)
10 RUTH SILVER TAUBE (State Bar No. 169589)
   **LAW OFFICES OF SILVER & TAUBE**
11 1339 Pauline Drive
   Sunnyvale, CA  94087
12 Telephone:  408-737-2313
   Facsimile:  408-737-2937
13
   Attorneys for Plaintiff
14 JOSEPHINE BAKER

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE BAKER | Case No.  C10-00853 JW (PVT) |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION; [~~PROPOSED~~] ORDER** |
| vs. | |
| McKESSON SHORT TERM DISABILITY BENEFITS PLAN; McKESSON LONG TERM DISABILITY PLAN AKA TRUSTEE OF THE GROUP INSURANCE TRUST IN THE WHOLSALE TRADE INDUSTRY PARTICIPATING SUBSCRIBER McKESSON CORPORATION; LIFE INSURANCE COMPANY OF NORTH AMERICA, | Action Filed: March 1, 2010 |
| Defendants. | |

1

Plaintiff Josephine Baker ("plaintiff"), and defendants Life Insurance Company Of North America, McKesson Corporation Short Term Disability Benefits Plan, and McKesson Corporation Long Term Disability Plan ("Defendants"), through their respective attorneys of record, HEREBY STIPULATE that the above-captioned matter and all claims for relief therein can be dismissed with prejudice in its entirety pursuant to the parties' agreement to resolve the disputed claim. Each party to bear its own costs.

**IT IS SO STIPULATED.**

Dated: October 13, 2010          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:   /s/ Shilpa G. Doshi
ADRIENNE C. PUBLICOVER
SHILPA G. DOSHI
Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA;
McKESSON CORPORATION SHORT TERM DISABILITY
BENEFITS PLAN; McKESSON CORPORATION LONG
TERM DISABILITY PLAN

Dated: October 13, 2010          LAW OFFICES OF SILVER & TAUBE

By:   /s/ Melvyn D. Silver
MELVYN D. SILVER
RUTH SILVER TAUBE
Attorneys for Plaintiff
JOSEPHINE BAKER

**IT IS SO ORDERED.**   The Clerk shall close this file.

Date: October 14, 2010          By: *James Ware*
The Honorable James Ware
United States District Court Judge

## CERTIFICATE OF SERVICE
*Josephine Baker v. McKesson STD, McKesson, LTD, et al.*
*United States District Court, Northern District Case No.: C10-00853 JW (PVT)*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105. On this date I served the following document(s):

**STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION; [PROPOSED] ORDER**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

☐ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

☒ : **Electronic E-Filing** – I caused the attached document to be electronically transmitted on the Northern District website to the parties named below.

☐ : **E-Mail** – I caused each document to be emailed.

   Melvyn D. Silver
   Ruth Silver Taube
   LAW OFFICES OF SILVER & TAUBE
   1339 Pauline Drive
   Sunnyvale, CA 94087
   T: 408-737-2313
   F: 408-737-2937
   *Attorney for Plaintiff*
   *Josephine Baker*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **October 13, 2010** at San Francisco, California.

_____
Richean Martin